# EXHIBIT AA

**INTERROGATORY NO. 4:** Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

**ANSWER:**

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | 24 256.24 | W2-Wages form |
| Dakota Panel Counter Top Inc | Wages | 4493.99 | W2-Wages form |
| South Dakota unemployment benefits | | 9115.00 | Labor Ducuments |
| Rapid Transit System | Wages | 4754.70 | Last Pay Stub |
| | | | |
| | | | |

Dated this 29 day of Sept, 2010.

*Jerry Bedsaul*
(Signature)

*Jerry Bedsaul*
(Printed Name)

Wage/Job 0029

**INTERROGATORY NO. 6:** Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

      (a)    the date of all applications or inquiries;

      (b)    the positions applied for and the salary or hourly wage;

      (c)    the date of all interviews;

      (d)    the person(s) present at the interview;

      (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

      (f)    the identity of all documents that relate to such contacts.

**ANSWER:**

(a)     5-21-10

(b)     Bus washer and bus driver

(c)     5-21-10

(d)     Cindy McQuilken
              Jaynee Hanna
              Dan Washenberger

(e)     offered and accepted position

(f)     SD Employer Contacts sheet from SD Department of Labor

Dated this 29 day of Sept, 2010.

_Jerry Bedsaul_
(Signature)

_Jerry Bedsaul_
(Printed Name)

Wage/Job 0030

## EMPLOYER CONTACTS
If more pages are needed for job contacts please copy this page

| DATE | NAME OF BUSINESS | BUSINESS ADDRESS, PHONE NUMBER AND/OR EMAIL OR WEBSITE IF APPLICABLE | NAME OF PERSON CONTACTED | METHOD OF CONTACT | TYPE OF WORK SOUGHT | RESULTS OF CONTACT | WAS APPLICATION COMPLETED YES / NO |
|---|---|---|---|---|---|---|---|
| 1-7-2010 | Schrels Enterprises | 1225 Eglin St RC 57701 3479033 | Jason Forbou | in person | Sales | not hired | yes |
| 1-14 | Dakota Fine Foods | 1630 Rand Rd. RC 57701 343-3383 | | in person | Truck driver | not hired | yes |
| 1-15 | Transportation Security administration | RC Regional Airport | Lee Degilmo | in person | security | not hired | yes |
| 1-19 | Nash Finch | 1313 E St patrick St Rapid City 57709 | Suzy | App | order | | yes |
| 1-19 | Auto mated maintenance | Department of labor office | Suzy | App | working supervisor | working supervisor | yes |
| 3-25 | Pennington County | 315 St Joseph St 57701 394-2174 | Mike Peterson | in person | Janitor custodian | Just hired | yes |
| 1-25 | Rapid City ymca | 815 Kansas City 57701 718 9612 | Renee | in person | building supervisor | not hired | yes |
| 2-3 | Dakota Auto glass | 508 Jackson Boulevard RC 57701 343-2803 | Joe Hochtrieson | in person | Delivery Driver | not hired | yes |
| 2-7 | Black Hills Cleaning | 1011 E Philadelphia St RC 57701 342-0830 | Lonnie C Green | in person | Delivery Driver | not hired | yes |
| 2-10 | CIC | 5301 high way 79 57701 | | in person | security | not hired | yes |
| 2-12 | Regional Health inventing-Center marketing medical records dept. | 353 D Fairlfax Dr court RC 623 348-3361 | Carol | application | phone operator | not hired | yes |
| 2-17 | Butler Machinery | 3601 Deadwood Ave N RC 57702 342-4850 | Kim Johnson | in person | warehouse worker Box job | not hired | yes |
| 2-17 | Automatic Vendors | 111 new york St RC 57701 341-2296 | Suzy | app | Frozen Person | not hired | yes |
| 2-22 | Rapid City Jewelry | 509 main St 57701 394 8350 | Tasha | resume in person | Bundle needler | not hired | no |
| 2-22 | Grand Gateway hotel | 1721 Natresta St 57701 342-1300 | Virgie | app in person | shuttle driver | not hired | yes |

Wage/Job 0031

## EMPLOYER CONTACTS

If more pages are needed for job contacts please copy this page

| DATE | NAME OF BUSINESS | BUSINESS ADDRESS, PHONE NUMBER AND/OR EMAIL OR WEBSITE IF APPLICABLE | NAME OF PERSON CONTACTED | METHOD OF CONTACT | TYPE OF WORK SOUGHT | RESULTS OF CONTACT | WAS APPLICATION COMPLETED YES NO |
|---|---|---|---|---|---|---|---|
| 11-15-09 | Pro Security | 500 enter # 1464182 | sue | so labor office | security | not hired | yes |
| 11-16 | Aramark | JS School of Mines custodian 394-2511 | J. Lee | in person | custodian | not hired | yes |
| 11-23 | Securitas | 405 S Kendrick Suite R2 232-7405 | Kevin | SO labor office internet | Security | not hired | yes |
| 11-23 | Newkirk Holding Company | Newkirk Ave hard wrk 320 42-E 890 Rich City RC 57701 | Larry | in person | labor cashier | not hired | yes |
| 11-30 | Bosslingat Gravel Colyer | bosslingat truck gravel Ave 3 353 deadwood Ave 341-0617 | Scott Brewer | in person | junior labor | not hired | yes |
| 11-30 | B&B Auto Salvage | 822 Auto Salvage 343 1535 E Philadelphia Hwy | Kenneth | in person | shipping Receiving | not hired | yes |
| 11-30 | Eastbay | Best Buy Internet 2320 N Haines Ave 341-2730 | | Internet | Delivery Driver | not hired | yes |
| 12-7 | ShopKo | ShopKo 1845 N Haines Ave RC SD 342-2455 | | Internet | stocker | not hired | yes |
| 12-8 | Coca-Cola RC | 2150 Coca-Cola Lane Rapid City SD 57702 | Sheila Davis | Internet | Production worker | not hired | yes |
| 12-14 | Piping J Inc. | I-90 Exit 61 57701 342-5450 | Jerry | in person | Janitor custodian | not hired | yes |
| 12-16 | SCHWANS SALES | 2429 Creek Dr 57701 RC SD 342-6772 | | Internet | material handler | not hired | yes |
| 11-21 | Rapid City Regional Hospital | 353 Fairmont Blvd RC 57701 | Joe | Internet | House keeping | not hired | yes |
| 11-21 | Culligan RC | Culligan Rd 5312 Sheridan Lake Rd | Susan | self service application | Delivery Driver | not hired | yes |
| 11-27 | M-Kis Ford | 915 East Blvd RC 57701 348-4400 | Brad Deichane | in person | lot attendant | not hired | yes |
| 11-9-300 | Pine Tree Plumbing | 1733½ Tallent St. RC SD 57701 348-9371 | Brad | in person telephone | Laborer | not hired | yes |

**INTERROGATORY NO. 4:** Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

**ANSWER:**

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | 14.⁵⁵ – 14.⁹⁸ hr | |
| Dakota Panel | Wages | 14⁵⁵ p/hr | |
| Unemployment | Unemployment Insurance payments | 301. p/week | |
| Perdues Inc. | Wages | 11.³⁴ p/hr | Paystubs |
| Unemployment | Unemployment Insurance payments | 301 p/week | |
| | | | |
| | | | |

Dated this __8__ day of __Oct__, 2010.

_Eric C. Brug_
(Signature)

_Eric E. Brug_
(Printed Name)

Wage/Job 0050

INTERROGATORY NO. 6: Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

      (a)    the date of all applications or inquiries;

      (b)    the positions applied for and the salary or hourly wage;

      (c)    the date of all interviews;

      (d)    the person(s) present at the interview;

      (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

      (f)    the identity of all documents that relate to such contacts.

ANSWER:

(a) Dakota Panel · 9-18-09   $14.55 p/hr

(b)

(c)

(d)

(e)

(f)

Dated this _8_ day of _Oct_, 2010.

_Eric C Brug_
(Signature)

_Eric C Brug_
(Printed Name)

Wage/Job 0051

Question Printout

Claim for the dates from 11/15/2009 to 11/21/2009.    Print Window 

o  During the week of 11/15/2009 to 11/21/2009 claimed, did you work for an employer or in self-employment? N

o  Did you or will you receive any of the following for this week?

|  | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

o  Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

o  Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?    CBH Cooperative
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 1750 E Centre St |
| City | Rapid City |
| State | South Dakota    Zip 57703 |
| Telephone | 605-342-4964    Ext |

3. What date did you contact the business?    11/19/2009

4. How did you contact the business?    In-Person
   Explain:

5. What is the name of the person you contacted?    Danny Davis

6. What was the result of the contact?    Not Hired

7. Your comments concerning this claim:

Wage/Job 0052

## Business Contact 2

1. What is the name of the business you contacted?          O'Reilly Auto Parts
2. What is the address of the business you contacted?

|  |  |  |
|---|---|---|
| Street Address | 415 E North St | |
| City | Rapid City | |
| State | South Dakota | Zip 57701 |
| Telephone | 605-388-8092 | Ext |

3. What date did you contact the business?                  11/19/2009

4. How did you contact the business?                        In-Person
   Explain:

5. What is the name of the person you contacted?            Robert (Bert) Jackson

6. What was the result of the contact?                      Not Hired

7. Your comments concerning this claim:

○ Were you physically able to work? Y

○ Were you available to accept a job if offered? Y

○ Did you refuse any offer of work or referral to a job? N

○ Did you begin School? N

Wage/Job 0053

**Claim for the dates from 11/22/2009 to 11/28/2009.**

Print Window 🖨

- During the week of 11/22/2009 to 11/28/2009 claimed, did you work for an employer or in self-employment? N

- Did you or will you receive any of the following for this week?

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | Y | 614.74 |
| Other Pay: | N | 0 |

- Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

- Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?    Rapid City Regional Hospital
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 353 Fairmont Blvd |
| City | Rapid City |
| State | South Dakota    Zip  57701 |
| Telephone | 605-719-1000    Ext |

3. What date did you contact the business?    11/25/2009

4. How did you contact the business?    Internet
   Explain:

5. What is the name of the person you contacted?    submitted an online application

6. What was the result of the contact?    Not Hired

7. Your comments concerning this claim:    **Wage/Job 0054**

```
there wasn't a closing date. job ref # IRC2970
```

## Business Contact 2

1. What is the name of the business you contacted?     Sanford
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 1305 West 18th Street |
| City | Sioux Falls |
| State | South Dakota     Zip  57117-5039 |
| Telephone | 605-333-1000     Ext |

3. What date did you contact the business?     11/25/2009

4. How did you contact the business?     Internet
   Explain:

5. What is the name of the person you contacted?     submitted an online application

6. What was the result of the contact?     Not Hired

7. Your comments concerning this claim:

```
applied for a FT Courier position based in Rapid City. job
#215652-046
```

- Were you physically able to work? Y

- Were you available to accept a job if offered? Y

- Did you refuse any offer of work or referral to a job? N

- Did you begin School? N

Wage/Job 0055

**Claim for the dates from** 11/29/2009 **to** 12/05/2009.                                   Print Window 🖶

- During the week of 11/29/2009 to 12/05/2009 claimed, did you work for an employer or in self-employment? N

- Did you or will you receive any of the following for this week?        Yes/No     Gross Amount

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

- Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

- Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?    Rapid City Regional Hospital
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 353 Fairmont Blvd |
| City | Rapid City |
| State | South Dakota      Zip  57701 |
| Telephone | 605-719-1000      Ext |

3. What date did you contact the business?        11/29/2009

4. How did you contact the business?           Internet
   Explain:

5. What is the name of the person you contacted?    submitted an online application

6. What was the result of the contact?           Not Hired

7. Your comments concerning this claim:

                                                                   Wage/Job 0056

```
there wasn't a closing date. job ref # IRC2969
```

## Business Contact 2

1. What is the name of the business you contacted?     GenPro Power Services, LLC

2. What is the address of the business you contacted?

|  |  |  |
|---|---|---|
| Street Address | PO Box 1116 | |
| City | Rapid City | |
| State | South Dakota | Zip 57709-1116 |
| Telephone | 605-341-6160 | Ext |

3. What date did you contact the business?     12/4/2009

4. How did you contact the business?     Internet
   Explain:

5. What is the name of the person you contacted?     submitted an online application thru job spider

6. What was the result of the contact?     Not Hired

7. Your comments concerning this claim:

```
the position applied for was a parts and inventory person.
the posting was new on 12/1/09. i do not know the closing
date for this position.
```

○ Were you physically able to work? Y

○ Were you available to accept a job if offered? Y

○ Did you refuse any offer of work or referral to a job? N

**Wage/Job 0057**

Claim for the dates from 12/06/2009 to 12/12/2009.                    Print Window 🖨

○ During the week of 12/06/2009 to 12/12/2009 claimed, did you work for an employer or in self-employment? N

○ Did you or will you receive any of the following for this week?

|  | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

○ Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

○ Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?      Color Mystique
2. What is the address of the business you contacted?

| | | |
|---|---|---|
| Street Address | 402 Maple Ave | |
| City | Rapid City | |
| State | South Dakota | Zip 57701 |
| Telephone | 605-342-5828 | Ext |

3. What date did you contact the business?        12/9/2009

4. How did you contact the business?        In-Person
   Explain:

5. What is the name of the person you contacted?      Roger Blocker

6. What was the result of the contact?        Not Hired

7. Your comments concerning this claim:

Wage/Job 0058

```
Roger said that he could be looking in march or april for
laborers.
```

## Business Contact 2

1. What is the name of the business you contacted?     Unique Auto Groom, Inc.

2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 127 Poplar Ave |
| City | Rapid City |
| State | South Dakota     Zip  57701 |
| Telephone | 605-342-7222     Ext |

3. What date did you contact the business?     12/10/2009

4. How did you contact the business?     In-Person
   Explain:

5. What is the name of the person you contacted?     Kelly Lambert

6. What was the result of the contact?     Not Hired

7. Your comments concerning this claim:

```
Kelly won't be hiring until spring if the economy get better.
```

Were you physically able to work? Y

Were you available to accept a job if offered? Y

Did you refuse any offer of work or referral to a job? N

Did you begin School? N

**Wage/Job 0059**

Claim for the dates from 12/13/2009 to 12/19/2009.                    Print Window 

- During the week of 12/13/2009 to 12/19/2009 claimed, did you work for an employer or in self-employment? N

- Did you or will you receive any of the following for this week?          Yes/No      Gross Amount
  |                                           | Yes/No | Gross Amount |
  | ----------------------------------------- | ------ | ------------ |
  | Holiday Pay:                              | N      | 0            |
  | Vacation Pay or Annual Leave:             | N      | 0            |
  | Sick Pay:                                 | N      | 0            |
  | Severance Pay/Wages in lieu of Notice:    | N      | 0            |
  | Other Pay:                                | N      | 0            |

- Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

- Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?       Black Hills Ammunition
2. What is the address of the business you contacted?

   | | |
   | --- | --- |
   | Street Address | PO Box 3090 |
   | City | Rapid City |
   | State | South Dakota     Zip 57709-3090 |
   | Telephone | 605-348-5150        Ext |

3. What date did you contact the business?          12/16/2009

4. How did you contact the business?                In-Person
   Explain:

5. What is the name of the person you contacted?    Kristi Hoffman

6. What was the result of the contact?              Not Hired

7. Your comments concerning this claim:

                                        Wage/Job 0060

. . . . . //. . . . . . . . . .  us/Applications/Id70cihn/secure/ID70continuedclaims/print.asp?Ou . . .   12/20/2009

```
i dropped off an application that they will keep on file.
They aren't currently doing any hiring.
```

## Business Contact 2

1. What is the name of the business you contacted?          Farmer Brothers Coffee Co

2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 2030 Creek Dr |
| City | Rapid City |
| State | South Dakota        Zip  57703 |
| Telephone | 605-343-5667        Ext |

3. What date did you contact the business?          12/16/2009

4. How did you contact the business?          In-Person
   Explain:

5. What is the name of the person you contacted?          will explain

6. What was the result of the contact?          Not Hired

7. Your comments concerning this claim:

```
They established an open resume drop on this day from 11:30
am to 7 pm. I dropped off a resume and left an additional
contact number. I didn't here back from them.
```

⌂ Were you physically able to work? Y

⌂ Were you available to accept a job if offered? Y

⌂ Did you refuse any offer of work or referral to a job? N

⌂ Did you begin School? N

Wage/Job 0061

Claim for the dates from 12/20/2009 to 12/26/2009.                              Print Window

- During the week of 12/20/2009 to 12/26/2009 claimed, did you work for an employer or in self-employment? N

- Did you or will you receive any of the following for this week?        Yes/No        Gross Amount

|  | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

- Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

- Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?     Kelly's Sports Lounge
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 825 Jcakson Blvd |
| City | Rapid City |
| State | South Dakota     Zip  57702 |
| Telephone | 605-348-1213     Ext |

3. What date did you contact the business?          12/21/2009

4. How did you contact the business?                In-Person
   Explain:

5. What is the name of the person you contacted?     Jeremy Ofstad

6. What was the result of the contact?               Not Hired

7. Your comments concerning this claim:

Wage/Job 0062

```
Kelly's is not currently hiring.
```

## Business Contact 2

1. What is the name of the business you contacted?          Stogie's Smoke Shop
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 3064 Covington St |
| City | Rapid City |
| State | South Dakota      Zip 57703 |
| Telephone | 605-716-3834      Ext |

3. What date did you contact the business?          12/22/2009

4. How did you contact the business?          Application
   Explain:

5. What is the name of the person you contacted?          Cindy Lich

6. What was the result of the contact?          Not Hired

7. Your comments concerning this claim:

```
Dropped off an application. They are not currently hiring,
but will keep the application on file.
```

○ Were you physically able to work? Y

○ Were you available to accept a job if offered? Y

○ Did you refuse any offer of work or referral to a job? N

○ Did you begin School? N

Wage/Job 0063

Claim for the dates from 12/27/2009 to 01/02/2010.                              Print Window 🖶

- During the week of 12/27/2009 to 01/02/2010 claimed, did you work for an employer or in self-employment? N

- Did you or will you receive any of the following for this week?

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

- Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

- Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?        Victoria's Garden
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 320 7th Street |
| City | Rapid City |
| State | South Dakota    Zip  57701 |
| Telephone | 605-348-2035    Ext |

3. What date did you contact the business?        12/30/2009

4. How did you contact the business?        In-Person
   Explain:

5. What is the name of the person you contacted?        Vicki Bierman

6. What was the result of the contact?        Not Hired

7. Your comments concerning this claim:

Wage/Job 0064

left a resume. was told they would keep it on file.

## Business Contact 2

1. What is the name of the business you contacted?   Rapid City Regional Hospital
2. What is the address of the business you contacted?

|  |  |  |
|---|---|---|
| Street Address | 353 Fairmont Blvd |  |
| City | Rapid City |  |
| State | South Dakota | Zip 57701 |
| Telephone | 605-719-1000 | Ext |

3. What date did you contact the business?          1/1/2010

4. How did you contact the business?                Internet
   Explain:

5. What is the name of the person you contacted?    submitted an online application

6. What was the result of the contact?              Not Hired

7. Your comments concerning this claim:

applied for a truck driver position. there wasn't a closing
date for the position. job ref # IRC3192

- Were you physically able to work? Y

- Were you available to accept a job if offered? Y

- Did you refuse any offer of work or referral to a job? N

- Did you begin School? N

Wage/Job 0065

Claim for the dates from 01/03/2010 to 01/09/2010.                    Print Window 🖨

○ During the week of 01/03/2010 to 01/09/2010 claimed, did you work for an employer or in self-employment? N

○ Did you or will you receive any of the following for this week?          Yes/No      Gross Amount

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

○ Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

○ Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?        Rapid City Regional Hospital
2. What is the address of the business you contacted?
                          Street Address  353 Fairmont Blvd
                                    City  Rapid City
                                   State  South Dakota     Zip  57703
                               Telephone  605-719-5510        Ext

3. What date did you contact the business?               1/3/2010

4. How did you contact the business?                     Internet
       Explain:

5. What is the name of the person you contacted?         Submitted an online application

6. What was the result of the contact?                   Not Hired

7. Your comments concerning this claim:

                                                         Wage/Job 0066

```
apppplied for a health unit clerk position. there wasn't a
closing date listed. job ref # IRC3051
```

## Business Contact 2

1. What is the name of the business you contacted?    Unique Auto PAint Technologies

2. What is the address of the business you contacted?

|  |  |  |
|---|---|---|
| Street Address | 315 1st Street | |
| City | Rapid City | |
| State | South Dakota | Zip 57701-2855 |
| Telephone | 605-381-7222 | Ext |

3. What date did you contact the business?    1/7/2010

4. How did you contact the business?    In-Person
   Explain:

5. What is the name of the person you contacted?    Kelly Lambert

6. What was the result of the contact?    Not Hired

7. Your comments concerning this claim:

```
was told it was slow now, but check back in the spring
```

- Were you physically able to work? Y

- Were you available to accept a job If offered? Y

- Did you refuse any offer of work or referral to a job? N

- Did you begin School? N

**Wage/Job 0067**

Claim for the dates from 01/10/2010 to 01/16/2010.                              Print Window 🖨

○ During the week of 01/10/2010 to 01/16/2010 claimed, did you work for an employer or in self-employment? N

○ Did you or will you receive any of the following for this week?    Yes/No    Gross Amount

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

○ Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

○ Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?    Rapid City Regional Hospital
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 353 Fairmont Blvd |
| City | Rapid City |
| State | South Dakota    Zip 57701 |
| Telephone | 605-719-5510    Ext |

3. What date did you contact the business?    1/15/2010

4. How did you contact the business?    Internet
   Explain:

5. What is the name of the person you contacted?    submitted an online application

6. What was the result of the contact?    Not Hired

7. Your comments concerning this claim:

Wage/Job 0068

Question Pro.gov

```
Applied for a health unit clerk position. There wasn't a
closing date listed for this position. Job ref #IRC2931
```

## Business Contact 2

1. What is the name of the business you contacted?   Rapid City Regional Hospital

2. What is the address of the business you contacted?

Street Address   353 Fairmont Blvd

City   Rapid City

State   South Dakota     Zip  57701

Telephone   605-719-5510        Ext

3. What date did you contact the business?   1/15/2010

4. How did you contact the business?   Internet
   Explain:

5. What is the name of the person you contacted?   submitted an online application

6. What was the result of the contact?   'Not Hired

7. Your comments concerning this claim:

```
Applied for a Revenue Cycle Analyst position. There wasn't a
closing date for this position. Job Ref #IRC3225
```

ۍ Were you physically able to work? Y

ۍ Were you available to accept a job if offered? Y

ۍ Did you refuse any offer of work or referral to a job? N

ۍ Did you begin School? N

**Wage/Job 0069**

Claim for the dates from 01/17/2010 to 01/23/2010.                    Print Window 🖶

○ During the week of 01/17/2010 to 01/23/2010 claimed, did you work for an employer or in self-employment? N

○ Did you or will you receive any of the following for this week?      Yes/No    Gross Amount

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

○ Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

○ Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?      Sanford Underground Science and Engineering Labs

2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 630 E Summit St |
| City | Lead |
| State | South Dakota      Zip 57754 |
| Telephone | 605-722-4001      Ext |

3. What date did you contact the business?      1/22/2010

4. How did you contact the business?      Email
   Explain:

5. What is the name of the person you contacted?      submitted a resume via email

6. What was the result of the contact?      Not Hired

Wage/Job 0070

7. Your comments concerning this claim:

applied for a couple positions with Sanford. a Hoist Operator
and an Infrastructure Technician.

## Business Contact 2

1. What is the name of the business you contacted?    Perdues Inc
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 2415 Creek Drive |
| City | Rapid City |
| State | South Dakota    Zip  57703 |
| Telephone | 605-341-2101    Ext |

3. What date did you contact the business?    1/18/2010

4. How did you contact the business?    In-Person
    Explain:

5. What is the name of the person you contacted?    filled out the application on site.
    secretary

6. What was the result of the contact?    Hired

7. Your comments concerning this claim:

A Perdue employee called me and asked if i was still looking
for a job. told me that they were looking for a couple people
to fill positions within the company.

⟳  Were you physically able to work? Y

⟳  Were you available to accept a job if offered? Y

⟳  Did you refuse any offer of work or referral to a job? N

Wage/Job 0071

Question Printout                                                                        Page 1 of 3

Claim for the dates from 08/15/2010 to 08/21/2010.                          Print Window 

- During the week of 08/15/2010 to 08/21/2010 claimed, did you work for an employer or in self-employment? Yes

- Please enter the total number of hours you worked during the week. (Total all hours worked with all employers and/or self-employment.): 8

- Please enter the gross total amount of wages you earned in dollars & cents.  (Combine all wages earned this week before any deductions and/or self-employment earnings after expenses.): 90.72

- Are you still working for this employer? N

- Did you or will you receive any of the following for this week?

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

- Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

- Are you on call to return to work for you regular employer? Y

- Were you physically able to work? Y

- Were you available to accept a job if offered? Y

- Did you refuse any offer of work or referral to a job? N

- Did you begin School? N

Wage/Job 0072

·······························/170·······/··········D70············/·········/print·asp?Que······   8/26/2010

**Claim for the dates from 08/22/2010 to 08/28/2010.**                              Print Window

○ During the week of 08/22/2010 to 08/28/2010 claimed, did you work for an employer or in self-employment? N

○ Did you or will you receive any of the following for this week?

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

○ Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

○ Are you on call to return to work for you regular employer? Y

○ Were you physically able to work? Y

○ Were you available to accept a job if offered? Y

○ Did you refuse any offer of work or referral to a job? N

○ Did you begin School? N

Wage/Job 0073

Claim for the dates from 08/29/2010 to 09/04/2010.                              Print Window

○ During the week of 08/29/2010 to 09/04/2010 claimed, did you work for an employer or in self-employment? N

○ Did you or will you receive any of the following for this week?    Yes/No    Gross Amount

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

○ Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

○ Are you on call to return to work for you regular employer? Y

○ Were you physically able to work? Y

○ Were you available to accept a job if offered? Y

○ Did you refuse any offer of work or referral to a job? N

○ Did you begin School? N

Wage/Job 0074

**Claim for the dates from 09/05/2010 to 09/11/2010.**

Print Window

- During the week of 09/05/2010 to 09/11/2010 claimed, did you work for an employer or in self-employment? N

- Did you or will you receive any of the following for this week?

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

- Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

- Are you on call to return to work for you regular employer? Y

- Were you physically able to work? Y

- Were you available to accept a job if offered? Y

- Did you refuse any offer of work or referral to a job? N

- Did you begin School? N

Wage/Job 0075

Claim for the dates from 09/12/2010 to 09/18/2010.                                    Print Window

○ During the week of 09/12/2010 to 09/18/2010 claimed, did you work for an employer or in self-
  employment? N

○ Did you or will you receive any of the following for this week?        Yes/No     Gross Amount
                                              Holiday Pay:        N              0
                          Vacation Pay or Annual Leave:          N              0
                                                Sick Pay:        N              0
                     Severance Pay/Wages in lieu of Notice:       N              0
                                               Other Pay:        N              0

○ Will you begin receiving social security, pension, disability payments or worker's compensation or
  did the amount previously reported change? N

○ Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

1. What is the name of the business you contacted?      Rapid City Regional Hospital
2. What is the address of the business you contacted?
                              Street Address    353 Fairmont Blvd
                                       City    Rapid City
                                      State    South Dakota      Zip  57701
                                  Telephone    605-719-1000         Ext

3. What date did you contact the business?              9/17/2010

4. How did you contact the business?                    Internet
      Explain:

5. What is the name of the person you contacted?        submitted an online application

6. What was the result of the contact?                  Not Hired

7. Your comments concerning this claim:

Wage/Job 0076

applied for a health unit clerk position. job ref# IRC 3794

## Business Contact 2

1. What is the name of the business you contacted?     Color Mystique
2. What is the address of the business you contacted?

|  |  |  |
|---|---|---|
| Street Address | 402 Maple Ave | |
| City | Rapid City | |
| State | South Dakota | Zip  57701 |
| Telephone | 605-342-5828 | Ext |

3. What date did you contact the business?     9/16/2010

4. How did you contact the business?     In-Person
   Explain:

5. What is the name of the person you contacted?     Roger Blocker

6. What was the result of the contact?     Not Hired

7. Your comments concerning this claim:
   Submitted an application. Roger told me he would be in
   contact with me.

ᴗ Were you physically able to work? Y

ᴗ Were you available to accept a job if offered? Y

ᴗ Did you refuse any offer of work or referral to a job? N

ᴗ Did you begin School? N

Wage/Job 0077

Question Printout

Page 1 of 3

**Claim for the dates from 09/19/2010 to 09/25/2010.**

Print Window



○ During the week of 09/19/2010 to 09/25/2010 claimed, did you work for an employer or in self-employment? N

○ Did you or will you receive any of the following for this week?

| | Yes/No | Gross Amount |
|---|---|---|
| Holiday Pay: | N | 0 |
| Vacation Pay or Annual Leave: | N | 0 |
| Sick Pay: | N | 0 |
| Severance Pay/Wages in lieu of Notice: | N | 0 |
| Other Pay: | N | 0 |

○ Will you begin receiving social security, pension, disability payments or worker's compensation or did the amount previously reported change? N

○ Did you make at least two contacts for employment as instructed? Y

**Business Contact 1**

| | |
|---|---|
| 1. What is the name of the business you contacted? | Black Hills Regional Eye Institute |
| 2. What is the address of the business you contacted? | |
| Street Address | 2800 Third Street |
| City | Rapid City |
| State | South Dakota    Zip  57701- |
| Telephone | 605-341-2000        Ext |

3. What date did you contact the business?           9/25/2010

4. How did you contact the business?           Internet
   Explain:

5. What is the name of the person you contacted?      submitted a resume via the internet

6. What was the result of the contact?           Not Hired

Wage/Job 0078

9/26/2010

7. Your comments concerning this claim:
Ophthalmic Surgical Technician position is what I applied for.


## Business Contact 2

1. What is the name of the business you contacted?          United Products

2. What is the address of the business you contacted?

                    Street Address   1331 Jesse Street

                             City   Rapid City

                         State   South Dakota      Zip  57703

                     Telephone   605-341-3086          Ext


3. What date did you contact the business?               9/25/2010

4. How did you contact the business?                     Internet
     Explain:




5. What is the name of the person you contacted?          submitted a resume via the
                                              internet

6. What was the result of the contact?                   Not Hired

7. Your comments concerning this claim:
job id # 20509109 this is a warehouse position that the
company is opening up because they are expanding.



ᴓ  Were you physically able to work? Y

ᴓ  Were you available to accept a job if offered? Y

ᴓ  Did you refuse any offer of work or referral to a job? N

                                             **Wage/Job 0079**

7. Your comments concerning this claim:

applied for a hoist operator trainee position.

## Business Contact 2

1. What is the name of the business you contacted?     The City of Rapid City
2. What is the address of the business you contacted?

| | |
|---|---|
| Street Address | 300 6th St |
| City | Rapid City |
| State | South Dakota     Zip  57701 |
| Telephone | 605-394-4110     Ext |

3. What date did you contact the business?     9/30/2010

4. How did you contact the business?     Internet
   Explain:

5. What is the name of the person you contacted?     Filled out an online application

6. What was the result of the contact?     Not Hired

7. Your comments concerning this claim:

applied for a landfill attendant position

○ Were you physically able to work? Y

○ Were you available to accept a job if offered? Y

○ Did you refuse any offer of work or referral to a job? N

Wage/Job 0081

**INTERROGATORY NO. 4:** Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

**ANSWER:**

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | $43,277.49 | |
| CTI (Dakota Panel) | Wages | $10,512.60 | |
| Katecho | Wages | $8,186.90 | |
| | | | |
| | | | |
| | | | |
| | | | |

Dated this __18th__ day of __October__, 2010.

_/s/ Roger Bourne_____
(Signature)


__Roger Bourne_____
(Printed Name)


Wage/Job 0082

**INTERROGATORY NO. 6**: Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

> (a)     the date of all applications or inquiries;
> (b)     the positions applied for and the salary or hourly wage;
> (c)     the date of all interviews;
> (d)     the person(s) present at the interview;
> (e)     whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and
> (f)     the identity of all documents that relate to such contacts.

**ANSWER:**   See attached.

(a)

(b)

(c)

(d)

(e)

(f)

Dated this __18th__ day of __October__, 2010.

__/s/ Roger Bourne_____
(Signature)

__Roger Bourne_____
(Printed Name)

Wage/Job 0083

| COMPANY | Date | Position | Location | Talked to: | Email | Salary Range | PHONE | Called |
|---|---|---|---|---|---|---|---|---|
| BrassCraft | 3/14/2009 | Quality Engineer | Corona, CA | | monster.com | | | |
| Penco Products | 3/14/2009 | Quality Manager | West Jordan, Utah | Kevin Booth | susan.knudsen@pencoproducts.com | | | 3/19/9 on phone |
| Okoboji | 3/14/2009 | Quality Manager | DSM, IA | | Yahoo | | | |
| Hexcel | 3/14/2009 | Quality Manager | Windsor, Co | | Yahoo | | | |
| Palmer Group | 3/16/2009 | CI Manager ID DJL7617 | Iowa City, IA | | Dice | | | |
| Interface Sealing Solutions | 3/23/2009 | Quality Manager & Lean | Marshalltown, IA | John Crupi | jcrupi@interfacesealingsolutions.com | $60000 - $80000 | | |
| Chromalloy Neveda | 3/23/2009 | Lean Manager | Neveda | | Ladders | $100,000 | | |
| ? | 3/23/2009 | Director of Quality | CA | | Ladders | $110,000-$125,000 | | |
| MeicoBCG ? | 3/30/2009 | Quality Manager | Los Lunas, NM | Doug Tabor | MeicoBCG | Michelle Garcia, Nathan Martinez, Howard Tomlin | | 21-May |
| Bryant Associates | 4/1/2009 | QA Manager | SW Metro | | Ladders | -100,000 - $115,000 | | |
| Oakley Industries | 4/5/2009 | Director of Quality | Englewood, CO | | Yahoo | $70,000-$90,000 | | |
| KHORASANEE | 4/10/2009 | Quality Manager & Lean | Chicago, Il | | Yahoo | $90,000-$120,000 | | |
| Career Builders ? | 4/17/2009 | Quality Manager | Casper, WY | | CareerBuilders | $75,000 - $95,000 | 307-235-2136 | 21-May |
| KHORASANEE | 4/17/2009 | Quality Manager & Lean | Atlanta, GA | | KHORASANEE | $90,000 - $120,000 | | |
| Okoboji | 4/20/2009 | Lean & Kaizen | Spencer, IA | | Yahoo | $55,000 - $85,000 | | |
| STRATEGIC SEARCH PARTNER? | 4/21/2009 | Quality Assurance | Santa Rosa, Ca | | Ladders | $130,000 | | |
| CLARCOR | 4/29/2009 | Quality Assurance | Kearney, NE | | | ? | 308-234-1951 | 21-May |
| GCC ? | 4/29/2009 | Quality Control Manager | Rapid City, SD | | dalehelf@bbc.com | ? | 721-7013 | 21-May |
| UTC Hamilton Sundstrand | 4/29/2009 | Quality/ACE Manager | York, NE | | Ladders | ? | 402-362-7461 | |
| Flakeboard | 5/13/2009 | Technical Director | Albany, OR | Dave Leding | Dave Leding | ? | 541/30 phone | |
| Kreg Tool | 5/13/2009 | Quality Manager | Huxley, IA | | CareerBuilders | ? | 515-597-6400 | 21-May |
| BAE Systems/Defense Technology | 5/13/2009 | CIP - OE | Casper, WY | | Ladders | $75,000 - $95,000 | 307-235-2136 | 21-May |
| Adams Thermal | 5/15/2009 | CIP - OE | Sioux Falls, SD | | Ladders | ? | 605-764-2347 | 21-May |
| RockTenn | 5/19/2009 | Quality Assurance | Iowa City, IA | | CareerBuilders | ? | 319-688-8800 | |
| ? | 5/19/2009 | Director of Quality | Chatsworth, CA | | CareerBuilders | $80,000-$100,000 | 805-306-0495 | |
| Molded Fiber Glass ? | 5/22/2009 | Quality Assurance | Aberdeen, SD | Kurt Lee | CareerBuilders | $75,000-$85,000 | | |
| ? | 5/22/2009 | Quality Assurance | Cedar Rapids, IA | | | | | |
| Electrolux | 5/26/2009 | Quality Manager | Watertown, SD | Tom Minahan | CareerBuilders | $75,000-$85,000 | | |
| Electrolux | 6/6/2009 | Director of Quality | Webster City, IA | | CareerBuilders | ? | 515-832-4620 | 515-832-7924 |
| ? | 6/13/2009 | Quality Manager | Corona, CA | | CareerBuilders | ? | | |
| ? | 6/15/2009 | OPIE | N.Orange, CA | | CareerBuilders | ? | | |
| ? | 6/15/2009 | Quality Engineer | LA, CA | | CareerBuilders | ? | | |
| Meicolink ? | 6/15/2009 | Quality Manager | Anaheim, CA | | CareerBuilders | $80,000 - $95,000 | 714-670-3200 | |
| UTC Hamilton Sundstrand | 6/16/2009 | Quality Manager | Long Beach, CA | | Ladders | ? | 562-420-1381 | 909-593-3581 |
| Vought Aircraft Industries | 6/16/2009 | QA Policy&Strategy | Hawthorne, CA | | Ladders | ? | 310-332-1000 | |
| ? | 6/16/2009 | Quality Manager | Fort Collins, CO | | Ladders | $105,000 | | |
| Cricket | 6/16/2009 | Manager Supply CI | Englewood, CO | | Cricket | | | |
| Air Frame Straightening ? | 7/14/2009 | Quality Manager | Paramount, CA | | Yahoo | ? | | |
| S & IS (Hoist & Wench) | 7/15/2009 | Director of Quality | Diamond Bar, CA | | | | | |
| ? | 7/15/2009 | Quality Engineer | Fort Collins, CO | | Ladders | $105,000 | | |
| Golden Aluminium Inc ? | 7/21/2009 | Quality Engineer | Fort Lupton, CO | | CareerBuilders | $65,000-$75,000 | | |
| ? | 7/22/2009 | Quality Manager & Lean | Sidney, NE | | monster.com | ? | | |
| ? | 7/22/2009 | CI Manager | ? | | Ladders | $100-$105,000 | | |
| Montgomery Aerospace Fasteners ? | 8/3/2009 | CI Manager | LA, CA | | CareerBuilders | ? | | |
| ? | 8/7/2009 | TPS Engineer | Cerritos, CA | | CareerBuilders | $110,000-$120,000 | | |
| ? | 8/7/2009 | Senior Quality Manager | Des Moines, IA | | CareerBuilders | ? | | |
| AGCO | 8/7/2009 | Quality Engineer | Jackson, MN | | CareerBuilders | $70,000-$90,000 | | |
| Adams Thermal | 8/13/2009 | CIP - OE | Sioux Falls, SD | | CareerBuilders | | | |
| Austin Allen – Recruiters | 8/17/2009 | Quality Manager | Des Moines, IA | | CareerBuilders | $70,000-$80,000 | | |
| ? | 8/17/2009 | Quality Manager | Bloomingdale, IL | | CareerBuilders | | Brian Patil | 630-825-3500 |
| ? | 8/17/2009 | Director of Quality | Chicago, IL | | CareerBuilders | | | |

| Company | Date | Job Title | Location | Source | Salary | Contact |
|---|---|---|---|---|---|---|
| Quality Tool | 8/17/2009 | Quality Engineer | Santa Ana, CA | CareerBuilders | $70,000-$95,000 | Jamie Amaral 323-568-1290 |
| Mcdermott & Bull (Aerospace) | 8/21/2009 | Quality Manager | Brookings, SD | Jim McConnell | $100,000-110,000 | Aichuan Yu |
| Palmer Group | 8/22/2009 | Quality Assurance Leader | Orange County, CA | Ladders | | David Leto 515-225-7000 |
| | 8/27/2009 | CI Engineer | Iowa City, IA | CareerBuilders | | |
| Wilbert Plastics Services | 8/27/2009 | Quality Assurance | White Bear Lake, MN | CareerBuilders | $70,000 | |
| Hoerbiger | 9/1/2009 | Quality Manager | Greenwood Village, CO | Yahoo - Hagen | | |
| | | Quality Engineer | Bettendorf, IA | CareerBuilders | $70,000 + | Randy Komadino 563-355-3313 |

Dan Bell 419-482-4848

Wage/Job 0085

INTERROGATORY NO. 4: Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

ANSWER:

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | $23,367 | 2009 W2 Less 3/13/09 wage Statement Yr |
| Countertops Inc. DBA Dakota Panel | Wages | $38,545 | 2009 W2 + last wage statement 7/2010 |
| SD DOL - Division of Unemployment Ins. | Unemployment Comp. | $2,512 | 8 wks X $31. Deposits to Unemployment Account |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Dated this 5th day of October, 2010.

*Jona Hagen*
(Signature)

*Jona Hagen*
(Printed Name)

Wage/Job 00191

**INTERROGATORY NO. 6:** Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state

    (a)    the date of all applications or inquiries;
    (b)    the positions applied for and the salary or hourly wage;
    (c)    the date of all interviews;
    (d)    the person(s) present at the interview;
    (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and
    (f)    the identify of all documents that relate to such contacts.

**ANSWER:**

(a)    See attached list of Employer Contacts reported to SD DOL Unemployment Insurance Division since 7/15/2010.

(b)    See list for positions applied for.  Wages indicated in advance for positions:

| | |
|---|---|
| Rapid City Library | $15.90/hr |
| Rapid City Jail | $14.80/hr |
| City Finance Office | $17.71/hr |
| Dept. of Commerce | $34,907/yr |
| NRCS | $34,907 - $50,431/yr. |

(c)    N/A

(d)    N/A

(e)    Not offered any of these positions.  Either they were not hiring, or they hired someone else.

(f)    Employer Contact List for Unemployment

Dated this 5th day of October, 2010.

(Signature)

Jona Hagen
(Printed Name)

Wage/Job 00192

**INTERROGATORY NO. 6:** Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state

    (a)    the date of all applications or inquiries;

    (b)    the positions applied for and the salary or hourly wage;

    (c)    the date of all interviews;

    (d)    the person(s) present at the interview;

    (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

    (f)    the identify of all documents that relate to such contacts.

**ANSWER:**

(a)    2/8/2010

(b)    Employment Specialist    approximately $15.50/hr.

(c)    2/24/2010

(d)    Misti Merriam and Tina Theis

(e)    Not offered the position.  They selected another candidate.

(f)    Cover letter and application 2/8/2010; reject letter 3/8/2010.

Dated this 5th day of October, 2010.

_____
(Signature)

_____
(Printed Name)

Wage/Job 00193

## EMPLOYER CONTACTS

If more pages are needed for job contacts, please copy this page.

| NAME OF BUSINESS | BUSINESS ADDRESS, PHONE NUMBER AND/OR EMAIL OR WEBSITE IF APPLICABLE | DATE | METHOD OF CONTACT | NAME OF PERSON CONTACTED | RESULTS OF CONTACTS | POSITION APPLIED FOR | WAS APPLICATION COMPLETED YES | NO |
|---|---|---|---|---|---|---|---|---|
| Schoenrock Custom Woodwork | 12950 Bogus Jim Rapid City SD 57702 | 7/5/10 | in person | Randall Schoenrock | No hire | office mgr. | | X |
| City of RC - RC Public Library | 300 Sixth Street Rapid City SD 57701 | 7/7/10 | internet | Caverler to Gwen Chapman | Nothing - waiting | Admin Asst | X | |
| Conrads Boys Signs | 1740 E. North St. Rapid City SD 57701 | 7/23/10 | in person | Liz Smith | No Hire | Office | X | |
| Harmony Heights Senior Art Homes | 1819 Harmony Heights Lane Rapid City SD 57701 | 7/23/10 | in person | Sarah General | No Hire | Office mgr | X | |
| Pennington County Jail | 3755 Joseph St Rapid City SD | 7/25/10 | internet | Dawn Dalton | No Hire waiting | Support Tech | X | |
| KC Regional Hospital | 353 Fairmont Rapid City SD 57701 | 7/27/10 | internet | Jen Morris | No Hire waiting | Admin Asst | X | |
| VFW Post 1273 | 420 Main street Rapid City SD 57701 | 8/5/10 | in person | Lynn Reindl | No Hire | Office | left resume | X |
| Nostalgia Cycles | 1970 Atlantic Rapid City SD 57703 | 8/7/10 | in person | Greg Nash | No Hire | Office | X | |
| City Finance | 300 Sixth St - Ref Rapid City SD 57701 | 8/11/10 | internet | Pauline Sumption | waiting | Admin Coordinator | X | $17,7? |
| Department Eagles Lodge | 1910 E Centre St Rapid City SD 57701 | 8/13/10 | in person | Deb Hellman | No Hire | office | X | |
| Pennington County Juvenile Services Center | 315 St. Joseph St. Rapid City SD 57701 | 8/15/10 | internet | Dawn Dalton | No Hire waiting | Accountant | X | |
| Dept. of Commerce North Oceanic Atmospheric Admin | 601 E 12th St. Kansas City MO | 8/31/10 | internet | Mary McAdams | No Hire waiting | Admin Support Asst | X | |
| One Hour Air Conditioning + Heating | 1601 Sturgis Road Rapid City SD | 8/26/10 | in person | Betty Dunaway | No Hire | Office | X | |
| Creative Digital Solutions | 2411 Explorers St Rapid City SD 57702 | 8/26/10 | in person | Vesta Johnson Wells | No Hire | Office Bookkeeping | X | |
| Midas | 1701 West Main Rapid City SD 57702 | 9/3 | in person | Betty Bowers | No Hire | Office | X | |

Wage/Job 00194

## EMPLOYER CONTACTS

If more pages are needed for job contacts, please copy this page.

| NAME OF BUSINESS | BUSINESS ADDRESS, PHONE NUMBER AND/OR EMAIL OR WEBSITE IF APPLICABLE | DATE | METHOD OF CONTACT | NAME OF PERSON CONTACTED | RESULTS OF CONTACTS | POSITION APPLIED FOR | WAS APPLICATION COMPLETED YES / NO |
|---|---|---|---|---|---|---|---|
| High Tech Mechanical | 5629 Bob Lane Black Hawk SD57296 | 9/3 | in person | Brandy Tennant | No Hire | office | X |
| State Farm Insurance | 527 Kansas City St Rapid City, SD 57701 | 9/10 | in person | Bill Brown | No Hire | office | X |
| Thrivent Financial | 1301 W. Omaha suite 203 Rapid City SD 57701 | 9/10 | in person | Matt Hurther | No Hire | office | resume X 39793 |
| Natural Resources Conservation Service | 1400 Independence Ave SW Washington DC 20250 | 9/15 | internet | Vickie Blindauer | No Hire | Administrative Coordinator | 169 X 39933 |
| Rosco's Motorcycles ATV | 1125 Kennel Dr Rapid City SD 57703 | 9/6 | in person | Ross Rohde | no hire | Bookkeeping office | X |
| Willowolt Electric Inc | 261 East Chicago Rapid City SD 57701 | 9/23 | in person | Mark Bochara | no Hire | Bookkeeper office mgr | X |
| Clarkson Health Care | 1045 Mt. View Road Rapid City SD57702 | 9/23 | in person | Loudan Eppard | No Hire | HR office | X |
| Ameriprise Financial | 2920 W. Main Ster Rapid City SD 57702 | 9/28 | in person | Patrick Wolff | No hire | office | X |
| Western Dakota Tech | Rapid City Area schools 300-6th St, RC SD 57701 | 9/30 | mail | Steven Hengen | waiting | Academic success coach | X |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Wage/Job 00195

INTERROGATORY NO. 4: Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

ANSWER:

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | $25.67 Per Hr. | |
| Counter Tops Inc. Dakota Panel | Wages | $15.88 Per Hr. | Pay Stub |
| Rapid City School System Temp. Floater | Wages | $11.74 Per Hr. 12/4/09 | Pay Stub |
| Rapid City School System Head Custodian | Wages | $12.44 per Hr. 5/3/10 | |
| | | | |
| | | | |
| | | | |

Dated this _1_ day of _October_, 2010.

_marli Kelly_
(Signature)

_marlin Kelly_
(Printed Name)

Wage/Job 00245

INTERROGATORY NO. 6: Identify every prospective employer or placement agency
with whom you have sought employment since March 2009, and for each please state:

    (a)    the date of all applications or inquiries;

    (b)    the positions applied for and the salary or hourly wage;

    (c)    the date of all interviews;

    (d)    the person(s) present at the interview;

    (e)    whether you were offered the position, and, if you were not offered
the position, the reasons given as to why you were not offered the
position; and

    (f)    the identity of all documents that relate to such contacts.

ANSWER:

(a)  11/16/09

(b)  Temp. Floater RC School System — $11.73 per hr. (custodian)

(c)

(d)  Ron Minkes

(e)  Yes after Physical

(f)  Pre-employment Physical Form

Dated this __1__ day of __October__, 2010.

_Marlin Kelly_
(Signature)

_Marlin Kelly_
(Printed Name)

Wage/Job 00246

INTERROGATORY NO. 4: Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

ANSWER:

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | 28,366.08 | W-2 |
| Countertops Inc. 2009 | Wages | 7,951.20 | W-2 |
| Countops Inc. 2010 | Wages | 6,047.98 | paychecks |
| State of South Dakota | unemployment comp. | 1,605.00 | bank statements |
| Lowes Home Improvment | wages | 5,543.39 | paychecks |
| | | | |
| | | | |

Dated this _28_ day of _September_, 2010.

_Ross L Mitchell_
(Signature)

_Ross L Mitchell_
(Printed Name)

Wage/Job 00334

*see Attached*

**INTERROGATORY NO. 6:** Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

    (a)    the date of all applications or inquiries;

    (b)    the positions applied for and the salary or hourly wage;

    (c)    the date of all interviews;

    (d)    the person(s) present at the interview;

    (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

    (f)    the identity of all documents that relate to such contacts.

**ANSWER:**

(a)

(b)

(c)

(d)

(e)

(f)

Dated this _28_ day of _September_, 2010.

_Ross J Mitchell_
(Signature)

_Ross L Mitchell_
(Printed Name)

Wage/Job 00335

## EMPLOYER CONTACTS
### If more pages are needed for job contacts, please copy this page.

| NAME OF BUSINESS | BUSINESS ADDRESS, PHONE NUMBER AND/OR EMAIL OR WEBSITE IF APPLICABLE | DATE | METHOD OF CONTACT | NAME OF PERSON CONTACTED | RESULTS OF CONTACTS | POSITION APPLIED FOR | WAS APPLICATION COMPLETED YES | NO |
|---|---|---|---|---|---|---|---|---|
| Motion Industries 605-399-9454 | 1609 Samco Rd Rapid City SD 57702 | 2-5-10 | in person | John Leger | not hired | non available | | ✗ |
| Tractor Supply 605-348-4641 | 3440 E Mail Dr Rapid City SD 57701 | 2-5-10 | on-line | | not hired | non available | ✗ | |
| Shopko Machine 605-342-4270 | 1131 Plant St Rapid City SD 57702 | 2-9-10 | in person | Mr. Shorey | nothing | non available | | ✗ |
| Lowes 605-341-1615 | 2550 Haines Ave Rapid City SD 57701 | 2-9-10 | on line | | not hired | warehouse | ✗ | |
| Target 605-341-8620 | 1415 Eglin St Rapid City SD 57703 | 2-16-10 | on line | | not hired | stock room | ✗ | |
| 605-342-4850 | 3601 Deadwood Ave N Rapid City SD 57702 | 2-16-10 | on line | | not hired | parts dept | ✗ | |
| Bobbi Machinery 605-342-9008 | 1555 Haines Ave Rapid City SD 57701 | 3-2-10 | on line | | not hired | stock | ✗ | |
| Running Farm + Fleet 605-394-4134 | 300 6th St Rapid City SD 57701 | 3-2-10 | on line | | not hired | laborer | ✗ | |
| City of Rapid 605-394-1551 | 1845 Haines Ave Rapid City SD 57701 | 3-10-10 | on line | | not hired | stock | ✗ | |
| Shopko 605-343-2248 | 111 E North St Rapid City SD 57701 | 2-10-10 | on line | | not hired | stock | ✗ | |
| K mart 605-348-7100 | 1936 Marlin Dr Rapid City SD 57701 | 3-16-10 | on line | | not hired | Any | | ✗ |
| Dakota Supply Group 605-718-0008 | 353 Fairmont Blvd Rapid City SD 57701 | 3-16-10 | on line | | not hired | Any | ✗ | |
| Rapid City Journal 605-342-5589 | 2309 W. Omaha St Rapid City SD 57701 | 3-23-10 | in person | complaint | not hired | Any | ✗ | |
| Machinery Parts & Hrdws 605-342-2811 | 2413 W. Omaha St Rapid City SD 57702 | 3-23-10 | in person | Mike | not hired | Any | | ✗ |
| Contractor Supply 605-342-8850 | 1055 E Chicago St Rapid City SD 57703 | 3-31-10 | in person | | not hired | inside sales | | ✗ |

Wage/Job 00336

# EMPLOYER CONTACTS

If more pages are needed for job contacts, please copy this page.

| NAME OF BUSINESS | BUSINESS ADDRESS, PHONE NUMBER AND/OR EMAIL OR WEBSITE IF APPLICABLE | DATE | METHOD OF CONTACT | NAME OF PERSON CONTACTED | RESULTS OF CONTACTS | POSITION APPLIED FOR | WAS APPLICATION COMPLETED YES | NO |
|---|---|---|---|---|---|---|---|---|
| Butterbaugh Equipment 605-348-6446 | 2630 N Plaza Dr Rapid City SD 57701 | 3-30-10 | resume | | not hired | Any | X | |
| Industrial Supply Co 605-343-9393 | 2131 Rand Rd Rapid City SD 57702 | 4-6-10 | in person | Jim | not hired | Many | | X |
| Interior Concrete Co 605-342-8822 | 101 N Maple Ave Rapid City SD 57701 | 4-6-10 | in person | Jared | not hired | any | | X |
| Lowes 605-341-4815 | 2555 Haines Ave Rapid City SD 57702 | 4-13-10 | in person | Dawn | hired | part-time stocker | X | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Wage/Job 00337

INTERROGATORY NO. 4: Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

ANSWER:

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | 13.64 an hr | |
| Dakota Panel | wages | 13.64 an hr | |
| Rapid City School District | wages | 11.59 hr | |
| | | | |
| | | | |
| | | | |
| | | | |

Dated this 4 day of October, 2010.

_R. Ehul Ortiz_
(Signature)

_Richard Ortiz_
(Printed Name)

Wage/Job 00362

**INTERROGATORY NO. 6:** Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

      (a)     the date of all applications or inquiries;

      (b)     the positions applied for and the salary or hourly wage;

      (c)     the date of all interviews;

      (d)     the person(s) present at the interview;

      (e)     whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

      (f)     the identity of all documents that relate to such contacts.

**ANSWER:**

(a)    Dakota Panel - 9-18-09   13.64 an hour Continued employment with them, in production department

(b)    Rapid City School District 5-4-10, 11.59 an hour offered position, because I was right person, RC School District Supervisor was there to interview,

(c)

(d)

(e)

(f)

Dated this __4th__ day of __October__, 2010.

_(Signature)_

Richard Ortiz

(Printed Name)

Wage/Job 00363

**INTERROGATORY NO. 4**: Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

**ANSWER:**

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | 14.98 HOURLY | PAYSTUB |
| DAKOTA PANEL | WAGES | 13.98 HOURLY | PAYSTUB |
| WALMART | WAGES | 11.30 HOURLY | PAYSTUB |
| | | | |
| | | | |
| | | | |
| | | | |

Dated this 7 day of OCTOBER , 2010.

_Robert E Toland_
(Signature)

ROBERT E. TOLAND
(Printed Name)

Wage/Job 00480

**INTERROGATORY NO. 6:** Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

      (a)    the date of all applications or inquiries;

      (b)    the positions applied for and the salary or hourly wage;

      (c)    the date of all interviews;

      (d)    the person(s) present at the interview;

      (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

      (f)    the identity of all documents that relate to such contacts.

**ANSWER:**

DAKOTA PANEL

(a) 18 SEPT. 2009

(b) LABORER, $13.98 HR

(c) 18 SEPT 2009

(d) ~~CANT~~ DON'T KNOW

(e) GOT THE POSITION

(f) PAYSTUB

Dated this 7 day of OCTOBER , 2010.

_Robert R. Toland_
(Signature)

ROBERT I. TOLAND
(Printed Name)

Wage/Job 00481

**INTERROGATORY NO. 4:** Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

**ANSWER:**

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | $22.84 Per hour | Pay stub/W-2 |
| Dakota Panel | Wages | $21.84 Per hour | Pay stub and W-2 |
| Sabo Electric | Wages | $25.00 Per hour | Pay stub and W-2 |
| City of Rapid City | Wages | $14.42 Per hour | Pay stub |
| Conrads Electric | Wages | $15.00 Per hour | Pay stub |
| Merillat | Wages | 22.84 Per hour | W-2 |
| | | | |

Dated this 27 day of September 2010.

_Terry J Weber_
(Signature)

_Terry J. Weber_
(Printed Name)

Wage/Job 00484

**INTERROGATORY NO. 6:** Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

        (a)    the date of all applications or inquiries;

        (b)    the positions applied for and the salary or hourly wage;

        (c)    the date of all interviews;

        (d)    the person(s) present at the interview;

        (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

        (f)    the identity of all documents that relate to such contacts.

**ANSWER:** 1) Dakota Panel  2.) Sabo Electric
3.) City of Rapid City  4) Conrads Electric

1.)(a) approx. 9-18-10
2.) approx. November 2010
3.) Approx. April 2010
4.) May 2010

1.)(b) Maintenance electrician $21.84 per hour
2.) Journeyman Electrician $25.00 per hour
3.) Equipment mechanic II $14.42 per hour
4.) Journey man Electrician $15.00 per hour

1.)(c) 9-18-10
2.) approx. November 2010
3.) April & May 2010
4.) May 2010

1.)(d) Samantha
2.) Gorden Sabo
3.) Jerry Wright and mike ? (don't remember last name)
4.) Ron Conrad

1.)(e) offered The Job
2.) offered The Job
3.) offered The Job
4.) offered The Job

1.)(f) un Known
2.) none
3.) resume, online application
4.) application

Dated this 27 day of September, 2010.

_____
(Signature)

Terry J. Weber
(Printed Name)

**INTERROGATORY NO. 4:** Separately identify every source of income you have had since March 2009, and for each source of income identified, state the amount you received and the reason for the payment (e.g., wages, consultant's fees, sales, profits, workers' compensation benefits, disability benefits, unemployment benefits, government entitlements, etc.), and identify all documents that refer or relate to the source of income.

**ANSWER:**

| Source of Income | Reason for Income | Amount of Income | Document(s) |
|---|---|---|---|
| Merillat Particleboard Plant | Wages | $24,675 84 | None |
| Dakota Panel | Wages | $18,506 88 | None |
| Self employed | Self employed Wages | $40,000 00 | None |
| | | | |
| | | | |
| | | | |
| | | | |

Dated this 28th day of September, 2010.

_Marlowe Wilms JR._
(Signature)

_Marlowe Wilder JR_
(Printed Name)

Wage/Job 00493

**INTERROGATORY NO. 6**: Identify every prospective employer or placement agency with whom you have sought employment since March 2009, and for each please state:

      (a)    the date of all applications or inquiries;

      (b)    the positions applied for and the salary or hourly wage;

      (c)    the date of all interviews;

      (d)    the person(s) present at the interview;

      (e)    whether you were offered the position, and, if you were not offered the position, the reasons given as to why you were not offered the position; and

      (f)    the identity of all documents that relate to such contacts.

**ANSWER:**

(a)    Sept. 18th 2009

(b)    Team Leader #18 36 Per hr

(c)    Sept. 18th 2009

(d)    myself and Dakota panel Human Recourse Person

(e)    Yes

(f)    NONE

Dated this 28th day of September, 2010.

_Marlowe Wilder Jr._
(Signature)

_Marlowe Wilder SR._
(Printed Name)

Wage/Job 00494